UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL ALLEN CORWIN,

                  Petitioner,                              Case No. 1:08-CV-346

v.                                            Hon. Richard Alan Enslen

STATE OF MICHIGAN,

                  Respondent.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The Court has reviewed the Report and Recommendation filed June 6, 2008, by United States Magistrate Judge Ellen S. Carmody.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 6, 2008, (Dkt. No. 2) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

      **IT IS FURTHER ORDERED** that Petitioner's application (Dkt. No. 1) is **DISMISSED** for the reason(s) stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED** that a certificate of appealability is denied as to <u>each</u> issue **raised by Petitioner.**

Dated in Kalamazoo, MI:                  /s/Richard Alan Enslen
      July 7, 2008                    Richard Alan Enslen
                                    Senior United States District Judge